**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

-*-

| | |
|---|---|
| STEPHANIE WOODWARD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, AND WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No. 2:19-cv-00019-APG-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Stephanie Woodward ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On January 3, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is January 25, 2019. Trans Union requests additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's

counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including February 15, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint and is sought in good faith and not for purposes of delay.

Plaintiff and Trans Union have also agreed to conduct the Rule 26(f) conference at the earliest convenience of both parties even if that date falls prior to the deadline stipulated to above.

Dated this 23rd day of January, 2019

| ALVERSON TAYLOR & SANDERS | KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC |
|---|---|
| //S// Trevor R. Waite | //S// Miles N. Clark |
| Kurt Bonds<br>Nevada Bar No. 6228<br>Trevor Waite<br>Nevada Bar No. 13779<br>6605 Grand Montecito Pkwy, Suite 200<br>Las Vegas, NV 89149<br>Telephone: (702) 384-7000<br>Facsimile: (702) 385-700<br>kbonds@alversontaylor.com<br>twaite@alversontaylor.com<br>***Counsel for Trans Union LLC*** | Matthew I. Knepper, Nevada Bar No. 12796<br>Miles N. Clark, Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite170-109<br>Las Vegas, NV 89129<br>Telephone: (702) 825-6060<br>Facsimile: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>and<br>David H. Krieger, Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Telephone: (702) 880-5554<br>Facsimile: (702) 383-5518<br>Email: dkrieger@hainesandkrieger.com<br>***Counsel for Plaintiff*** |

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __24__ day of __January_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

\\atms-fs2\data\kurt.grp\CLIENTS\26000\26029\pleadings\Jt stip for Extension of time to respond to complaint.doc