# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHANIE WOODWARD, | Case No. 2:19-cv-00019-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| EQUIFAX INFORMATION SERVICES, et al., | |
| Defendants. | |

Presently before the court is defendant Experian Information Solutions, Inc.'s motion to extend (ECF No. 7), filed on January 22, 2019. Plaintiff Stephanie Woodward filed a response (ECF No. 8) on January 22, 2019. Defendant filed a reply (ECF No. 14) on January 23, 2019.

Defendant requests a 30-day extension to respond to the complaint. Under Rule 6(b) of the Federal Rules of Civil Procedure, the court may, for good cause, extend a deadline "if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 509 (9th Cir. 1992).

Here, defendant requests a 30-day extension in order to evaluate and investigate the allegations raised in plaintiff's complaint. The deadline to respond to the complaint is January 28, 2019, and defendant submitted this request on January 22, 2019. Additionally, defendant's counsel was retained 10 days before the deadline to respond to the complaint, and defendant's counsel promptly contacted plaintiff's counsel for an extension. Having reviewed the motion, the court finds that defendant has demonstrated good cause in diligently seeking the extension. Therefore, the court will grant defendant's motion.

IT IS THEREFORE ORDERED that defendant Experian Information Solutions, Inc.'s motion to extend (ECF No. 7) is GRANTED.

1  IT IS FURTHER ORDERED that defendant must respond to the complaint (ECF No. 1)
2  by February 27, 2019.

4  DATED: January 28, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE