JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE WOODWARD,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No. 2:19-cv-00019-APG-CWH<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 8, 2019 through and including **February 22, 2019**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. Equifax agrees to participate in a 26(f) conference if one is scheduled during the pendency of this extension. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 11th day of February, 2019.

        CLARK HILL PLLC

        By: /s/ Jeremy J. Thompson
        Jeremy J. Thompson
        Nevada Bar No. 12503
        3800 Howard Hughes Pkwy, Suite 500
        Las Vegas, NV 89169
        Tel: (702) 862-8300
        Fax: (702) 862-8400
        Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

**_No opposition_**

/s/ Miles N. Clark
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: February 12, 2019

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 11th day of February, via U.S. Mail, upon:

David H. Krieger, Esq.
HAINES & KRIEGER LLC
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com