Kelly H. Dove, Esq. (Nevada Bar No. 10569)
Tanya N. Lewis, Esq. (Nevada Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.
(incorrectly sued as Wells Fargo Home Mortgage)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE WOODWARD,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No.: 2:19-cv-00019-APG-CWH<br><br>**ORDER**<br><br>**JOINT MOTION TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO TRANSUNION'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendant Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage)("Wells Fargo") and Defendant TransUnion LLC ("TransUnion"), through their respective attorneys of record, jointly move to extend Wells Fargo's deadline to respond to TransUnion's Motion to Dismiss [ECF No. 23] for twenty-one (21) days.

Wells Fargo's response to TransUnion's Motion is currently due March 1, 2019. Wells Fargo requests, and TransUnion agrees, that Wells Fargo may have an extension until **March 15, 2019**, in which to file its response. This is the first request for an extension of time to respond to the Motion to Dismiss, and is not intended to cause any delay or prejudice to any party, and is not filed for an improper purpose.

DATED this 1st day of March 2019.

ALVERSON TAYLOR & SANDERS

By: */s/ Trevor Waite*
Kurt R. Bonds
Trevor Waite
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
Efile@alversontaylor.com
Twaite@alversontaylor.com

*Attorneys for Defendant TransUnion, LLC*

*e-signature affixed with permission*

DATED this 1st day of March 2019.

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
Kelly H. Dove (NV Bar No. 10569)
Tanya Lewis (NV Bar No. 8855)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Wells Fargo Bank, N.A. (incorrectly sued as Wells Fargo Home Mortgage)*

**ORDER**

**IT IS HEREBY ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to TransUnion's Motion shall be extended to on or before March 15, 2019.**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: March 11, 2019.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant Wells Fargo Bank, N.A.*
*(incorrectly sued as Wells Fargo Home Mortgage).*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **JOINT MOTION TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'s TIME TO RESPOND TO TRANSUNION'S MOTION TO DISMISS** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system

DATED this 1st day of March, 2019.

                                                        */s/ Susan Ballif*
                                                    An employee of SNELL & WILMER L.L.P.

4832-4905-8185