Kelly H. Dove, Esq. (Nevada Bar No. 10569)
Tanya N. Lewis, Esq. (Nevada Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.
(incorrectly sued as Wells Fargo Home Mortgage)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE WOODWARD,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No.: 2:19-cv-00019-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

It is hereby stipulated by and between Plaintiff Stephanie Woodward ("Plaintiff"), through her attorneys, Knepper & Clark LLC and Defendant Wells Fargo Bank, N.A. (incorrectly sued as Wells Fargo Home Mortgage) ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **April 16, 2019**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Amended Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 8th day of April, 2019.

| KNEPPER & CLARK LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Miles N. Clark*<br>Matthew I. Knepper (NV Bar No. 12796)<br>Miles N. Clark (NV Bar No. 13848)<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129 | By: */s/ Tanya N. Lewis*<br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169 |
| David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Ste. 350<br>Henderson, NV 89123 | *Attorneys for Defendant*<br>*Wells Fargo Bank, N.A. (incorrectly sued as*<br>*Wells Fargo Home Mortgage* |

*(signed with permission)*

*Attorneys for Plaintiff*
*Stephanie Woodward*

- 2 -

**ORDER**

**IT IS ORDERED THAT Wells Fargo's time to respond to Plaintiff's Amended Complaint shall be extended to on or before April 16, 2019.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED April  9    , 2019.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as*
*Wells Fargo Home Mortgage)*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'s TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave.
Suite 170 – 109
Las Vegas, NV 89129
Matthew.knepper@knepperclark.com
Miles.clark@knepperclark.com

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Stephanie Woodward*

Kurt R. Bonds, Esq.
Trevor Waite, Esq.
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
twaite@alversontaylor.com

*Attorneys for Defendant TransUnion, LLC*

Jeremy J. Thompson, Esq.
CLARK HILL PLLC
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services, LLC*

Andrew J. Sharples, Esq.
Jennifer L. Braster, Esq.
NAYLOR & BRASTER, PLLC
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
asharples@naylorandbrasterlaw.com
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant Experian Information Solutions, Inc*

DATED this 8th day of April, 2019.

　　　　　　　　　　　　　　　　　　　　/s/ Susan Ballif
　　　　　　　　　　　　　　　　　　　　An employee of SNELL & WILMER L.L.P.

4827-5408-5267