Cheryl L. O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
coconnor@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE WOODWARD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No. 2:19-cv-00019-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 36]**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: January 3, 2019<br>FAC filed: March 12, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Stephanie Woodward ("Plaintiff"), by and through their counsel of record, hereby submit this stipulation to extend time for Experian to file its reply in support of its motion to dismiss filed on March 26, 2019 (ECF No. 36) pursuant to LR IA 6-1.

Plaintiff filed her First Amended Complaint on March 12, 2019.  (ECF No. 30).  Experian filed its motion to dismiss on March 26, 2019.  (ECF No. 36).  Plaintiff filed her opposition to Experian's motion to dismiss on April 8, 2019.  (ECF No. 42).  Currently, Experian's reply in support of its motion to dismiss is due April 15, 2019.  Plaintiff and Experian stipulate and agree that Experian shall have a one-week extension or until April 22, 2019, to file its reply in support of its motion to dismiss.

This is Experian's first request for an extension of time to file its reply in support of its motion to dismiss and is not intended to cause any delay or prejudice to any party, but rather to allow Experian time to respond to the arguments set forth in Plaintiff's opposition and taking into account several other filings that Experian has due around this time in this District.

DATED this 10th day of April 2019.

KNEPPER & CLARK LLC

By: /s/ Miles N. Clark
    Matthew I. Knepper (NBN 12796)
    Miles N. Clark (NBN 13848)
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129

    David H. Krieger (NBN 9086)
    HAINES & KRIEGER
    8985 S. Eastern Avenue, Suite 350
    Las Vegas, NV 89123

    *Attorneys for Plaintiff Stephanie Woodward*

NAYLOR & BRASTER

By: /s/ Jennifer L. Braster
    Jennifer L. Braster
    Nevada Bar No. 9982
    Andrew J. Sharples
    Nevada Bar No. 12866
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

    Cheryl L. O'Connor
    Nevada Bar No. 14745
    JONES DAY
    3161 Michelson Drive, Suite 800
    Irvine, CA 92612-4408

    *Attorneys for Defendant*
    *Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

Dated: April 10, 2019.

_____
UNITED STATES DISTRICT JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000