Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE WOODWARD,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No.: 2:19-cv-00019-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTION FOR PROTECTIVE ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff Stephanie Woodward ("Plaintiff"), by and through her counsel of record, and

Defendant Experian Information Solutions, Inc. ("Experian") have agreed and stipulated to the

following:

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S
MOTION FOR PROTECTIVE ORDER [FIRST REQUEST] - 1

1. On April 15, 2019, Experian filed a Motion for Protective Order [ECF Dkt. 49].

2. Plaintiff's Response is due April 29, 2019.

3. Plaintiff and Experian have agreed to extend Plaintiff's response seven days in order to allow Plaintiff's counsel to contact the clients to address Experian's pending motion for protective order and obtain approval to file the response. As a result, both Plaintiff and Experian hereby request this Court to further extend the date for Plaintiff to respond to Experian's Motion for Protective Order until **May 6, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

Dated April 29, 2019.

| KNEPPER & CLARK LLC | NAYLOR & BRASTER |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| 10040 W. Cheyenne Ave., Suite 170-109 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| HAINES & KRIEGER LLC | JONES DAY |
| David H. Krieger, Esq. | Cheryl L. O'Connor, Esq. |
| Nevada Bar No. 9086 | 3161 Michelson Drive |
| 8985 S. Eastern Avenue, Suite 350 | Irvine, CA 92612 |
| Henderson, NV 89123 | Email: coconnor@jonesday.com |
| Email: dkrieger@hainesandkrieger.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
## EXPERIAN'S MOTION FOR PROTECTIVE ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2019