# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHANIE WOODWARD, | Case No. 2:19-cv-00019-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| TRANS UNION, LLC, et al., | |
| Defendants. | |

On March 15, 2019, plaintiff Stephanie Woodward notified the court of a settlement with defendant Trans Union, LLC. (ECF No. 32.) The parties requested 60 days to file dismissal documents. (*Id.*) To date, the parties have not submitted a stipulated dismissal.

IT IS THEREFORE ORDERED that the parties must file a stipulated dismissal or a joint status report within 30 days from the date of this order. Failure to comply with this order will result in an order to show cause.

DATED: July 29, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE