Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE WOODWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and WELLS FARGO HOME MORTGAGE,<br><br>    Defendants. | Case No.: 2:19-cv-00019-APG-DJA<br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE**<br><br>**ORDER** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC, from the above captioned action, with prejudice.

//

STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE - 1

Each party will bear its own fees and costs.

IT IS SO STIPULATED.
Dated August 14, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **JONES DAY**<br>Cheryl L. O'Connor, Esq.<br>Nevada Bar No. 14745<br>Email: coconnor@jonesday.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |
| **ALVERSON TAYLOR & SANDERS**<br><br>/s/ *Trevor Waite*<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>Email: kbonds@alversontaylor.com<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* | |

<u>**ORDER GRANTING**</u>
<u>**STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE**</u>

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: August 14, 2019.

STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE - 2